UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11365-RGS

RICHARD W. COMERFORD

v.

HON. WILLIAM G. YOUNG

ORDER

July 12, 2005

STEARNS, D.J.

    While I am sympathetic to the plaintiff's administrative challenges regarding his military compensation, his complaint against Chief Judge William G. Young, pursuant to the dictates of Fed. R. Civ. P. 12(b)(6), must be dismissed for failure to state a claim upon which relief can be granted. In this case, each and every claim asserted against Judge Young cites actions that he has taken in his official capacity for which he has absolute immunity. See Mireles v. Waco, 502 U.S. 9, 10 (1991) ("Although unfairness and injustice to a litigant may result on occasion, 'it is a general principle of the highest importance to the proper administration of justice that a judicial officer, in exercising the authority vested in him, shall be free to act upon his own convictions, without apprehension of personal consequences to himself.'"). Consequently, the complaint is DISMISSED.

                                                SO ORDERED.

                                                /s/ Richard G. Stearns
                                                _____
                                                UNITED STATES DISTRICT JUDGE