UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

RICHARD W. COMERFORD              Civil Action No. 05-CV-11365-RGS
    PLAINTIFF
V.

Hon. William G. Young
    DEFENDANT

### PLAINTIFF'S MOTION FOR RECONSIDERATION BASED ON NEW EVIDENCE, CASE LAW AND JUSTICE

1. Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) and Local Rule 7.1 plaintiff respectfully moves this honorable Court to reconsider its order dated 12 July 2005 because of new evidence, case law and justice.

2. Or, in the alternative plaintiff respectfully moves this honorable Court for leave to rewrite and resubmit the action.

3. In support of his motion plaintiff attaches hereto his Memorandum of Law.

Respectfully submitted,

_____
Richard W. Comerford Pro Se
9 Speedwell Lane
Plymouth, Massachusetts 02360
(508) 833-9396

Dated 4 August 2005

Certificate of Service

I hereby certify that First Class Mail served a true copy of the above document upon the United States Attorney for the District of Massachusetts on 4 August 2005.