UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

RICHARD W. COMERFORD                    Civil Action No. 05-CV-11365-RGS
    PLAINTIFF
V.

Hon. William G. Young
    DEFENDANT

### Notice of Appeal

1. Notice is hereby given that plaintiff hereby appeals to the United States Court of Appeals for the First Circuit from a final order dismissing the case.

2. Plaintiff pursuant to Rule 24(a) (5) of the Federal Rules of Appellate Procedure appealed in a timely directly to the United States Court of Appeals on or about 31 August 2005.

3. However the United States Court of Appeals subsequently directed plaintiff to file a notice of appeal with the District Court in order to release the District Court's case record to the Appeals Court.

4. Plaintiff hereby attaches a copy of his cover letter dated 31 August 2005 to the United States Court of Appeals for his motion for leave to proceed *in Forma Pauperis*.

Richard W. Comerford Pro Se
9 Speedwell Lane
Plymouth, Massachusetts 02360
(508) 833-9396

Date: 20 September 2005

Enclosure

Richard Cushing Donovan, Clerk of Court
First Circuit Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

31 August 2005

RE: Motion for Leave to Appeal *in Forma Pauperis*

Dear Mr. Donavan:

Enclosed please find, pursuant to Rule 24(a) (5) of the Federal Rules of Appellate Procedure, my motion to proceed *in forma pauperis*.

Enclosed please also find my affidavit

Thank you for your attention to this matter.

Very truly yours;

Richard W. Comerford Pro Se
4 Speedwell Lane
Plymouth, Massachusetts 02360
(508) 833-9396

cc:

AUSA Barbara Healy Smith

Enclosures