UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11365

Richard W. Comerford

v.

Hon. William G. Young

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/22/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 29, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/29/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11365-RGS

Comerford v. Young  
Assigned to: Judge Richard G. Stearns  
Cause: JS 44 Sec. IV - no matching citation currently in database

Date Filed: 06/23/2005  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Richard W. Comerford**     represented by     **Richard W. Comerford**  
9 Speedwell Lane  
Plymouth, MA 02360  
508-888-0345  
PRO SE

V.

**Defendant**

**Chief Judge William G. Young**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Richard W. Comerford.(Jenness, Susan) (Entered: 06/28/2005) |
| 06/23/2005 | 2 | COMPLAINT against William G. Young Filing fee: $ 0.00, receipt number 0.00, filed by Richard W. Comerford. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 06/28/2005) |

| | | |
|---|---|---|
| 06/23/2005 | 3 | APPENDIX/EXHIBIT re 2 Complaint by Richard W. Comerford. (Jenness, Susan) (Entered: 06/28/2005) |
| 06/23/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 06/28/2005) |
| 06/29/2005 |  | Case Reassigned to Judge Richard G. Stearns. Judge William G. Young no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. [Remark: this case was randomly assigned to Judge Stearns upon receipt(in ICMS) but the case was opened and assigned to Judge Young on CM/ECF by clerk in error. This case reassignment is made solely to correct a clerical error in docketing the opening of this case on CM/ECF, per instructions of the Clerk's Office]. (Greenberg, Rebecca) (Entered: 06/29/2005) |
| 07/12/2005 | 4 | Judge Richard G. Stearns : ORDER entered. ORDER DISMISSING CASE(Flaherty, Elaine) (Entered: 07/13/2005) |
| 07/25/2005 | 5 | Judge Richard G. Stearns : MEMORANDUM AND ORDER entered: For the reasons set forth in the Memorandum and Order, Plaintiff's Application to Proceed in forma pauperis is Allowed nunc pro tunc; and this Court Certifies pursuant to 28 U.S.C. sec. 1915(a)(3) and Fed. R. App. P. 24(a)(3) that any appeal of the dismissal of this action would not be taken in good faith.(Greenberg, Rebecca) (Entered: 07/26/2005) |
| 08/09/2005 | 6 | MOTION for Reconsideration re 4 Order Dismissing Case by Richard W. Comerford.(Flaherty, Elaine) (Entered: 08/10/2005) |
| 08/09/2005 | 7 | MEMORANDUM in Support re 6 MOTION for Reconsideration re 4 Order Dismissing Case filed by |

| | | |
|---|---|---|
| | | Richard W. Comerford. (Flaherty, Elaine) (Entered: 08/10/2005) |
| 08/10/2005 | ● | Judge Richard G. Stearns : Electronic ORDER entered denying 6 Motion for Reconsideration (Flaherty, Elaine) (Entered: 08/11/2005) |
| 09/22/2005 | 8 | NOTICE OF APPEAL as to 4 Order Dismissing Case by Richard W. Comerford. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/12/2005. (Flaherty, Elaine) (Entered: 09/22/2005) |