# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2467

RICHARD W. COMERFORD,

Plaintiff, Appellant,

v.

HONORABLE WILLIAM G. YOUNG,

Defendant, Appellee.

---

**JUDGMENT**

Entered: April 3, 2007
Pursuant to 1st Cir. R. 27.0(d)

Appellant was directed to pay the filing fee within three weeks of this court's December 1, 2006 order. Appellant has not paid the filing fee due on or before December 22, 2006 and therefore, is in default.

Appellant having failed to pay the filing fee, it is hereby ordered that the above-captioned case be dismissed.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_[signature]_
Deputy Clerk

Date: 5/29/07

MARGARET CARTER
By:_____
Chief Deputy Clerk

[cc: Richard W. Comerford]